**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 06-1492

—————————

RICHARD VARN,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE ARMY; FRANCIS J. HARVEY,
Secretary of the United States Army,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:05-cv-00226-BO)

—————————

Submitted: December 21, 2006          Decided: December 28, 2006

—————————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Richard Varn, Appellant Pro Se. Lora M. Taylor, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Varn appeals from the district court's order granting summary judgment in favor of the Secretary of the Army on his employment discrimination complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Varn v. Department of the Army</u>, Case No. 5:05-cv-00226-BO (E.D.N.C. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>